```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 29777
   DONALD A GREEN
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
            Debtor
      SSN XXX-XX-2369


------------------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/01/08 .

     2.  The case was dismissed without confirmation, 02/13/2009.

------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
------------------------------------------------------------------------------
US BANK HOME MTGE           CURRENT MORTG          .00             .00              .00
TOYOTA MOTOR CREDIT CORP    SECURED VEHIC          .00             .00              .00
INTERNAL REVENUE SERVICE    PRIORITY         NOT FILED             .00              .00
INTERNAL REVENUE SERVICE    UNSECURED        NOT FILED             .00              .00
SALLIE MAE GUARANTEE SER    SPECIAL CLASS    NOT FILED             .00              .00
US BANK                     UNSECURED        NOT FILED             .00              .00
BECKET & LEE LLP            UNSECURED        NOT FILED             .00              .00
FIA CARD SERVICES           UNSECURED        NOT FILED             .00              .00
FIA CARD SERVICES           UNSECURED        NOT FILED             .00              .00
FIA CARD SERVICES           UNSECURED        NOT FILED             .00              .00
CHASE BANK USA              UNSECURED        NOT FILED             .00              .00
CHASE BANK USA              UNSECURED        NOT FILED             .00              .00
DISCOVER BANK               UNSECURED        NOT FILED             .00              .00
CAPITAL ONE BANK            UNSECURED        NOT FILED             .00              .00
CAPITAL ONE BANK            UNSECURED        NOT FILED             .00              .00
WELLS FARGO FINANCIAL IN    UNSECURED        NOT FILED             .00              .00
HSBC                        UNSECURED        NOT FILED             .00              .00
SALLIE MAE GUARANTEE SER    UNSECURED        NOT FILED             .00              .00
WASHINGTON MUTUAL CARD S    UNSECURED        NOT FILED             .00              .00
HOME DEPOT CREDIT SERVIC    UNSECURED        NOT FILED             .00              .00
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID

CARSON PIRIE SCOTT          UNSECURED        NOT FILED             .00              .00
NEIMAN MARCUS               UNSECURED        NOT FILED             .00              .00
NORDSTROM FSB               UNSECURED        NOT FILED             .00              .00
            Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00         .00           .00
PRINCIPAL PAID        .00          .00          .00         .00           .00
INTEREST PAID         .00          .00          .00         .00           .00
TOTAL PAID            .00          .00          .00         .00           .00
```

The Debtor's attorney, MICHELOTTI & ASSOCIATES LTD    , was allowed $          .00 and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE